# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 688 |
|--------|---|---------|
| | : | |
| ORDER AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 1007, 1018, 1033, AND 2252 AND | : | |
| ADOPTING RULE 2005 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of January, 2019, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 47 Pa.B. 3076 (June 3, 2017):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1007, 1018, 1033, and 2252 of the Pennsylvania Rules of Civil Procedure are amended and Rule 2005 of the Pennsylvania Rules of Civil Procedure is adopted in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.